UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOSE L. MONTEIRO** | CASE NO. 2:21-cv-625 |
| Plaintiffs, | JUDGE ALGENON L. MARBLEY |
| vs. | MAGISTRATE CHELSEY M. VASCURA |
| **JEFF WYLER COLUMBUS, INC.** *et al.* d/b/a Jeff Wyler Chevrolet of Columbus | |
| Defendant(s) | |

### JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST ALL DEFENDANTS

Plaintiff Jose Monteiro, Defendants Jeff Wyler Columbus, Inc., Ally Bank, Capital One Auto Finance, a division of Capital One, N.A., Citizens Financial Group, Inc., Fifth Third Bank, N.A., Global Lending Services LLC, Manufacturers and Traders Trust Company d/b/a M&T Bank, Park National Corporation of Southwest Ohio and Northern Kentucky, and U.S. Bank National Association, Defendant JP Morgan Chase Bank, N.A., Defendant Santander Consumer USA, Inc., and Defendant Americredit Financial Services, Inc., through their respective counsel, hereby stipulate that Plaintiff's Complaint against all Defendants is hereby dismissed with prejudice pursuant to Civ. R. 41. The parties shall bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian D. Flick | RENDIGS, FRY, KIELY & DENNIS, LLP |
| Brian D. Flick (0081605) | |
| Marc E. Dann (0039425) | /s/Michael J. Chapman (per email authority 07/20/2022) |
| DannLaw | |
| 15000 Madison Avenue | Michael J. Chapman (0076057) |
| Lakewood, OH 44107 | Jonathan P. Saxton (0042280) |
| Phone: (216)373-0539 | 600 Vine Street, Suite 2650 |

Facsimile: (216)373-0536
notices@dannlaw.com
*Counsel for Plaintiff Jose Monteiro*

Cincinnati, Ohio 45202
Telephone: 513 381 9200
Facsimile: 513 381 9206
Email Address: MChapman@rendigs.com

*Attorneys for Defendants JEFF WYLER COLUMBUS, INC., d/b/a JEFF WYLER CHEVROLET OF COLUMBUS, et al., Ally Bank, Capital One Auto Finance, a division of Capital One, N.A., Citizens Financial Group, Inc., Fifth Third Bank, N.A., Global Lending Services LLC, Manufacturers and Traders Trust Company d/b/a M&T Bank, Park National Corporation of Southwest Ohio and Northern Kentucky, and U.S. Bank National Association*

/s/ James W. Sandy (per email authority 07/19/2022)
James W. Sandy (0084246)
McGlinchey Stafford
3401 Tuttle Rd, Ste 200
Cleveland, OH 44122
Telephone: (216) 378-9911
Facsimile: (216) 378-9910
jsandy@mcglinchey.com
*Counsel for Defendant Americredit Financial Services, Inc.*

/s/ David J. Dirisamer (per email authority 07/19/2022)
David J. Dirisamer (0092125)
BARNES & THORNBURG LLP
41 South High Street, Ste. 3300
Columbus, OH 43215
Telephone: (614) 628-1451
Fax: (614) 628-1433
david.dirisamer@btlaw.com
*Attorney for Defendant JPMorgan Chase Bank, N.A.*

/s/ Stefanie L. Deka (per email authority 07/19/2022)
Stefanie L. Deka (0089248)
McGlinchey Stafford
3401 Tuttle Rd, Ste 200
Cleveland, OH 44122
Telephone: (216) 378-9911
Facsimile: (216) 378-9910
jsandy@mcglinchey.com
*Counsel for Defendant Santander Consumer USA, Inc. d/b/a Chrysler Capital*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022 that a true and accurate copy of the foregoing *Stipulation of Dismissal* was filed via the CM/ECF system that will send notification to all counsel of record.

/s/ Brian D. Flick, Esq.
Marc E. Dann (0039425)
Brian D. Flick (0081605)
DannLaw
*Counsel for Plaintiff Jose Monteiro*